# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: Joel Galford, et al. v. 3M Company, et al.; Case No. 3:19-cv-03058-MCR-GRJ | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## MOTION TO REMAND

Now come Plaintiffs in the above styled and numbered cause, and file this their Motion to Remand respectfully asking this Court to issue an Order pursuant to 28 U.S.C. § 1447(c) remanding this matter back to the Fourth Judicial District Court of Hennepin County, Minnesota, and in support hereof incorporate their Memorandum in Support of this Motion to Remand, and further state as follows:

1. The Court does not possess federal question jurisdiction;

2. There is no federal officer jurisdiction because 3M has no colorable federal defenses; 3M was not acting under the direction of a federal officer when it negligently designed the product at issue, falsified test data, and failed to warn Plaintiffs; and there is no causal connection between 3M's actions and official authority;

1

3. 3M's attempt to invoke federal enclave jurisdiction fails short because there is no evidence to show the Plaintiffs' respective injuries occurred on a federal enclave and, in fact, the injuries did not occur on a federal enclave;

4. 3M failed to obtain the consent of all defendants for removal; and

5. 3M failed to provide any evidentiary support whatsoever for removal.

Dated: August 28, 2019

Respectfully submitted,

**WATTS GUERRA LLP**
By:   s/ *Mikal C. Watts*
     Mikal C. Watts
     Francisco Guerra IV
     Erin Rogiers
     5726 W. Hausman Rd., Suite 119
     San Antonio, Texas 78249
     Telephone: (210) 448-0500
     Facsimile: (210) 448-0501
     Email: mcwatts@wattsguerra.com
           fguerra@wattsguerra.com
           erogiers@wattsguerra.com

Paul Danziger (pending *Pro Hac Vice*)
Rodrigo R. de Llano (pending *Pro Hac Vice*)
Danziger & DeLlano, LLP
440 Louisiana, Suite 1212
Houston, TX 77002
Telephone: 713 222-9998
Facsimile: 713 222-8866
Email: rod@dandell.com
       paul@dandell.com

Lewis A. Remele, Jr. (MN #90724)
Aram V. Desteian (MN #396021)
Casey D. Marshall (MN #395512)
Sheri L Stewart (MN #400254)
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254
Telephone: (612) 333-3000
Facsimile: (612) 333-8829
Email: lremele@bassford.com
   adesteian@bassford.com
   cmarshall@bassford.com
   sstewart@bassford.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Motion to Remand was filed on August 28, 2019, using the Court's electronic filing system which sent notification to all attorneys of record.

  */s/ Mikal C. Watts*
  Mikal C. Watts